

1

2

3  **Entered on Docket**
   **April 13, 2010**

   _Bruce A. Markell_
4  _____
   **Hon. Bruce A. Markell**
   **United States Bankruptcy Judge**

5

6

7  **WILDE & ASSOCIATES**
   Gregory L. Wilde, Esq.
8  Nevada Bar No. 004417
   212 South Jones Boulevard
9  Las Vegas, Nevada 89107
   Telephone:  702 258-8200
10 bk@wildelaw.com

11
   MARK S. BOSCO, ESQ.
12 Arizona Bar No. 010167
   TIFFANY & BOSCO, P.A.
13 2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
14 Telephone: (602) 255-6000
   Wells Fargo Bank, N.A.
15 10-71293

16              **UNITED STATES BANKRUPTCY COURT**

17                    **DISTRICT OF NEVADA**

18 In Re:                          Bk Case No.: 10-13443-bam

19                                 ORDER RE EX PARTE APPLICATION FOR
   Quy K. Nguyen                   AN ORDER PURSUANT TO 362 (c) (3) (A)

20
                                   Date:
21 Debtor                          Time:

22                                 Chapter 13

23

24        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Secured Creditor

25 respectfully requests an order from the Court confirming that the Automatic Stay never arose as to

26 Secured Creditor and that Secured Creditor may proceed with collection on the note, including but not

limited to foreclosure and an action to recover possession of the subject property, further described

herein for purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in

interest, of the subject property, generally described as 1881 W. Alexander Rd. # 2087, North Las

Vegas, NV 89032, and legally described as follows:

The land referred to herein is situated in the State of Nevada, County of CLARK, described as follows:

A CONDOMINIUM COMPOSED OF:

PARCEL I (COMMON ELEMENT):

An undivided 1/8th interest as tenant-in-common in the Common Element Phase 6 of VILLAS AT HIDDEN CANYON - UNIT 2 (a common interest condominium development), as shown by map thereof on file recorded December 31, 1998 in Book 87 of Plats, Page 70, and amended by Certificates of Amendement recorded APRIL 20, 1999 in Book 990420, as Document No. 00873, Official Records, in the Office of the County Recorder of Clark County, Nevada.

EXCEPTING THEREFROM THE FOLLOWING:
 All Living Units in Phase 6 of VILLAS AT HIDDEN CANYON-UNIT 2 (a common interest condominium development), recorded in the Office of the County Recorder of Clark County, Nevada, on December 31, 1998 in Book 87 of Plats, Page 70.

AND RESERVING THEREFROM:

The right to possesion of all those areas designated as Limited Common Element as shown upon the Condominium Plat referred to above;

AND FURTHER RESERVING THEREFROM for the benefit of the Owners of Condominiums in Phases 1 through 5 and 7 through 12, non-exclusive easememtnson, over, and under the Common Elements and Private drives and P.U.E., as defined and shown upon the Condominium plat referred to above for ingress and egress, and subject to the terms and as more particularly set forth in the Declaration of Covenants, Conditions and Restrictions recorded May 23, 1997 in Book 970523, as Document No. 01065, and by first Amendment to Declaration recorded july 26, 1999 in Book 990726 as Document No. 01462, and by First Supplement to Exhibit "B" to Declaration No. 01081
(hereafter "Declaration"), excepting Buldings and any portion therof which is designated as a Limited Common Element.

PARCEL II (CONDOMINIUM UNIT):
Condominium Unit 2087, in Building V, as shown upon the Condominium Plat referred to above.

PARCEL III (LIMITED COMMON ELEMENT) :
The exclusive right to use, possession, and occupancy of those portions of the Common
Element being described upon the Plat and in the "Declaration" as Porches, Balconies. Patios.
and/or Exterior Stairways, HVAC and Parking Stall (Limited Common Element), which are
appurtenant to and for the exclusive use of Parcel II.

PARCEL IV (PHASED AREAS) :
A non-exclusive easement for ingress and egress, over and under the Common Elements and
Private Drives and P.U.E. of Phases 1 through 5 and 7 through 12, which easement is
appurtenant to Parcels I, II, and III described above. This easement shall be
effective only until recordation prior to expiration of the right to annex by a Declaration of
Annexation declaring Phases 1 through 5 and 7 through 12 to be subject to the Declaration to
which reference is heretofore made or a separate Declaration, which requires the Owners of a
Condominium in Phases 1 through 5 and 7 through 12 to be members of the Association.

PARCEL V:
A non-exclusive easement for ingress and egress, over and under the Common Elements and
Private Drives and P.U.E of the Amended Plat of Villas at Hidden Canyon - Unit 1 (a common
interest condominium development) as shown by map thereof on file in Book 81 of Plats, Page
70 and in Book 85 of Plats, Page 92, in the Office of the County Recorder of Clark County,
Nevada, which easement is appurtenant to Parcels I, II, and III described above.

PARCEL VI (COMMON RECREATIONAL AREA) :
A non-exclusive easement on and over the Common Recreational Area (Common Element "A"
(CE "A") as shown on the Amended Plat of Villas Hidden Canyon - Unit 1 (a common interest
condominium development) as shown by map thereof on file in Book 81 of Plats, Page 70, in
the Office of the County Recorder of Clark County, Nevada) for access, use, occupancy,
enjoyment, ingress, egress, and use of the amenities located thereon, subject to the terms and
provisions of the Declaration to which reference is heretofore made. This easement is
appurtenant to Parcels I, II, and III herein described. The Common Recreational Area is for the
use of Owners and guests of the Units and are subject to the Declaration rules and regulations of
the Association and are not for the use of the general public.

**IT IS SO ORDERED**

Submitted by:


**WILDE & ASSOCIATES**

By:____ /s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107